Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**United States District Court**
**FOR THE**
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2006

at 8 o'clock and 10 min A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. CR 03-00405HG-01

REGIENALDO GAWIRAN

On 7/6/2004, the above named was placed on probation for a period of three (3) years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 19 months of supervision.

Respectfully submitted,

_____
ROSANNE V. DONOHOE
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 7th day of February, 2006.

_____
HELEN GILLMOR
Chief U.S. District Judge